IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENRIQUE MARQUETTE, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| RIVERSIDE TRANSPORT, INC. | : | NO.  19-72 |

## O R D E R

**AND NOW, TO WIT:**    1ST day of   October, 2019,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, is

   **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

     **Kate Barkman,  Clerk of Court**

     BY:_____

      Marie O'Donnell
      Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON  10/1/2019

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 2:19-cv-00072-AB   Document 19   Filed 10/01/19   Page 2 of 2

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 30, 2019 at 9:48:04 AM EDT | | 37 | 1 | Received |

09-30-'19 09:45 FROM-                                    T-619  P0001/0001 F-726

***Howard A. Taylor,* LLC**

HOWARD A. TAYLOR
MARC ANTONY ARRIGO*
ROBERT G. MANGOLD*

*ALSO MEMBER OF NEW JERSEY BAR

SUITE 1310
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109

(215) 732-9300
FAX  (215) 732-4093

September 30, 2019

The Honorable Anita B. Brody
United States District Court for
The Eastern District of PA
James A. Byrne Federal Court
601 Market Street
Philadelphia, PA 19106

Re:   **Marquette, et al v. Riverside Transport, Inc.**
      **Eastern District of PA   - No. 2:19-cv-00072-AB**

Dear Judge Brody:

This office represents plaintiffs in the above-captioned matter.  The case was scheduled for Arbitration on Wednesday, October 2, 2019 at 9:30 AM.

Please be advised that the parties have settled all aspects of this case and that the Arbitration need not proceed further.

Please contact this office with any questions.

Thank you for your consideration.

Respectfully,

ROBERT G. MANGOLD

RGM/law

cc:   Robyn D. Kazatsky, Esquire – sent via email:  rkazatsky@srstlaw.com
      Amanda Frazier, Clerk – sent via email:  Amanda_Frazier@paed.uscourts.gov